Date of Arrest Oct. 18, 2016

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Martin ROBLES-Valenzuela<br>YOB: 1970<br>088 356 476<br>Citizen of Mexico<br><br>Defendant | Magistrate Case No. 16-1833MJ<br><br>COMPLAINT FOR VIOLATION OF<br>Count I<br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1)(Re-entry After Removal)<br>Felony. |

The undersigned complainant being duly sworn states:

### COUNT I

That on or about October 18, 2016, Defendant Martin ROBLES-Valenzuela, an alien, was found in the United States at or near Parker, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico on or about, October 7, 2010 through the Nogales, AZ Port of Entry and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission. In violation of Title 8, United States Code, Section 1326(a), enhanced by a (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed
By AUSA John Bacco

Signature of Complainant
Marco A. Miranda
Deportation Officer

Sworn to before me and subscribed in my presence,
__October 20, 2016__ at __Yuma, Arizona__
Date                                                                    City and State

James F. Metcalf, U.S. Magistrate
Name                                                                  Signature of Judicial Officer

UNITED STATES OF AMERICA

V.

Martin ROBLES-Valenzuela
088 356 476

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers that the Defendant was found and arrested on or about October 18, 2016, at Parker, Arizona for violations of failure to appear. Questioning of the Defendant by agents revealed that the Defendant was a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined that the defendant was last ordered removed on October 7, 2015 through Nogales, Arizona, Port of Entry. The Defendant was previously removed on August 20, 2010 after serving a conviction from the Superior Court of Arizona, Maricopa County, on or about May 20, 2010, for the crime of Attempt to Commit Smuggling a Class 5 Felony in violation of A.R.S. § 13-2319, 1001, 12-114.01, 13-610, 701, 702, 702.01, 801

Agents determined that on or after November 18, 2015 the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 20, 2016
Date

_____
Signature of Judicial Officer